IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. BUFFIN, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | 1:08-cv-01343 GSA <br><br> ORDER DISCHARGING <br> ORDER TO SHOW CAUSE |

On September 10, 2008, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of his application for benefits. On May 13, 2009, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief in accordance with the Scheduling Order in this matter.

On May 18, 2009, Plaintiff filed a response to the order to show cause. Plaintiff's counsel explained that he calendared the due date of Plaintiff's opening brief based upon the date of Defendant's response, rather than following the date of service of the administrative record. Plaintiff's counsel apologized for the confusion, and advised the Court that an opening brief would be on file on or before May 21, 2009. (Doc. 18.)

Additionally, Plaintiff's counsel has indicated that in order to avoid similar confusion in future matters, he will "schedule the due date for the filing of the opening brief based on 125 days from the date of the service of the administrative record." (Doc. 18 at 2.) However, counsel is

1

1 | cautioned that the opening brief is due 95 days following the date upon which the administrative
2 | record is served.  (*See* Doc. 8, ¶¶ 3-4, 6 [30 + 35 + 30 = 95].)

Based on the foregoing, it appears that Plaintiff's failure to file an opening brief was due to counsel's mistake or inadvertence.  Accordingly, the order to show cause is hereby DISCHARGED.  Plaintiff's request for an extension of time is GRANTED.  Plaintiff shall file and serve his opening brief on or before May 21, 2009.  All remaining actions under the scheduling order filed shall proceed under the time limit guidelines set therein.

IT IS SO ORDERED.

**Dated:    May 21, 2009**                            /s/ **Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE